UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HASAN MALIK DAVIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WASHOE COUNTY SHERIFF'S OFFICE, et al.,<br><br>　　　　　Defendants. | Case No.  3:22-cv-00325-MMD-CSD<br><br>ORDER |

**I.     DISCUSSION**

Plaintiff Hasan Malik Davis, who was previously detained at Washoe County Detention Center, initiated this action with a pro se civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner.  (ECF No. 1-1.)  Plaintiff has filed two applications to proceed *in forma pauperis* for inmates.  (ECF Nos. 4, 6.)  However, on October 6, 2022, Plaintiff filed an updated address, indicating that he is not longer being detained at Washoe County Detention Center.  (ECF No. 12.)  Therefore, the Court denies Plaintiff's applications to proceed *in forma pauperis* for inmates as moot because Plaintiff is no longer incarcerated.  The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner within thirty (30) days from the date of this order or pay the full filing fee of $402.  If Plaintiff fails to file an application to proceed *in forma pauperis* by a non-prisoner, or pay the filing fee, within 30 days, this case will be subject to dismissal without prejudice.

Plaintiff has also filed a proposed amended complaint (ECF No. 5), as well as a motion to amend his complaint (ECF No. 8).  In the motion, it appears that Plaintiff is attempting to add claims to his proposed amended complaint.  The Court will not piecemeal Plaintiff's complaint together from multiple filings.  Plaintiff's operative complaint must contain all claims, defendants, and factual allegations that Plaintiff wishes to pursue in this lawsuit.  As such, the Court grants Plaintiff leave to file a fully complete second amended complaint within 30 days.  If Plaintiff does not file a fully complete

1

second amended complaint, the court will screen his proposed amended complaint, filed at ECF No. 5.

## II.  CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's applications to proceed *in forma pauperis* for inmates (ECF Nos. 4, 6) are DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $402.  If Plaintiff fails to file a complete application to proceed *in forma pauperis* or pay the full filing fee within 30 days, this case will be subject to dismissal without prejudice.

IT IS FURTHER ORDERED that Plaintiff's motion to amend the complaint (ECF No. 8) is DENIED.  Plaintiff is given leave to file a single, fully complete, second amended complaint within 30 days.  If Plaintiff does not a file a second amended complaint, but he does file an application to proceed *in forma pauperis*, or pays the full filing fee, the Court will screen Plaintiff's proposed amended complaint filed at ECF No. 5.

DATED THIS  4th day of November 2022.

_____
UNITED STATES MAGISTRATE JUDGE