UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HASAN MALIK DAVIS,<br><br>                              Plaintiff,<br><br>     v.<br><br>WASHOE COUNTY SHERIFF'S OFFICE, et al.,<br><br>                              Defendants. | Case No.  3:22-cv-00325-MMD-CSD<br><br>ORDER |

**I.     DISCUSSION**

Plaintiff initiated this case while he was detained at Washoe County Detention Center, and he filed an application to procced *in forma pauperis* for inmates (ECF No. 4.) However, Plaintiff subsequently filed an updated address, indicating that he is no longer incarcerated.  (ECF No. 23.) Accordingly, the Court denies Plaintiff's application to proceed *in forma pauperis* for inmates as moot.  The Court now directs Plaintiff to file an application to proceed *in forma pauperis* for non-prisoners, or pay the $402 filing fee, **by March 17, 2023**.  If Plaintiff fails to file an application to proceed *in forma pauperis* for non-prisoners by that deadline, this case will be subject to dismissal without prejudice.

Plaintiff has filed a motion requesting "ADR Settlement."  (ECF No. 20.)  The Court construes this as a request that the case be referred to the Court's Inmate Early Mediation program.  Because the Court has not yet screened Plaintiff's first amended complaint, the Court will not refer this case to mediation at this time, and the Court denies the motion without prejudice.

Plaintiff has also filed two motions requesting that the Court "resend all proceedings" to Plaintiff's current address. (ECF Nos. 22, 24.)  The Court construes these motions as requesting that Court filings be resent to his current address. None of the Court filings sent to Plaintiff's previous address came back as undeliverable.  As such, it appears that Plaintiff has received all of the filings in this case, and the Court denies Plaintiff's motion to resend filings without prejudice.  The Court notes that if Plaintiff wants

1

another copy of any document filed in this case, he may file a request with the Clerk's office and pay the applicable fees for the copies.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED Plaintiff's application to proceed *in forma pauperis* for inmates (ECF No. 4) is denied as moot.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that **by March 17, 2023**, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $402.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

IT IS FURTHER ORDERED that Plaintiff's motion for an ADR settlement (ECF No. 20) is denied without prejudice.

IT IS FURTHER ORDERED that Plaintiff's motions "to resend proceedings" (ECF Nos. 22, 24) are denied without prejudice.

DATED THIS 14th day of February 2023.

_____
UNITED STATES MAGISTRATE JUDGE